UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

| | | |
|---|---|---|
| MARTHA MARIANA MERODIO GARIBAY,<br><br>Plaintiff<br><br>v.<br><br>FRANK PADULA, et al.,<br><br>Defendant. | ) | Civil Action No. 4:26-cv-00717-CHB<br><br>**ORDER GRANTING JOINT MOTION TO REMAND HEARING** |

***     ***     ***     ***

This matter is before the Court on the parties' Joint Motion to Remand/Cancel Hearing. [R. 8]. The parties state that they are not aware of any factual disputes, and they request that the hearing be remanded and the matter submitted on the briefs. *Id*. Therefore, having reviewed motion, and the Court being otherwise sufficiently advised, **IT IS HEREBY ORDERED** as follows:

**1.** The Joint Motion to Remand/Cancel Hearing, [**R. 8**], is **GRANTED.**

**2.** The Show Cause Hearing set for **November 23, 2026, at 10:30 a.m.** is **REMANDED.**

**3.** Per the Court's prior order, Respondents **SHALL** respond to the petition by **Tuesday, November 17, 2026**, and Petitioner **SHALL** file his reply by no later than **Thursday, November 19, 2026**.

This the 17th day of November, 2026.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF KENTUCKY

cc: Counsel of Record